IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:06CV02007 |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:   February 21, 2007

                                        Respectfully submitted,

                                        /s/ Beatriz T. Saiz
                                        BEATRIZ T. SAIZ
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice
                                        P.O. Box 227
                                        Washington, D.C.  20044
                                        Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on February 21, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Robert Baker
>1224 Ash Lane
>Lebanon, PA 17042

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ