UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT BAKER,

    Plaintiff,

    v.

UNITED STATES,

    Defendant.

Civil Action No. 06–2007 (CKK)

**FILED**

JUL - 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(July 6, 2007)

On June 4, 2007, Defendant filed a Motion to Dismiss in the above-captioned case. Plaintiff is representing himself, *pro se*. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* plaintiffs of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

On June 11, 2007, this Court issued an Order advising the Plaintiff that he must respond to Defendant's Motion to Dismiss no later than July 5, 2007, and that if Plaintiff did not respond, the Court would treat the motion to dismiss as conceded and dismiss Plaintiff's Complaint. As of the instant date, July 6, 2007, no response to Defendant's Motion to Dismiss has been filed by Plaintiff according to the Court docket. The Court has further contacted the Clerk's Office directly and been instructed that no such filing has been made by Plaintiff as of the instant date.

Accordingly, it is, this 6th day of July, 2007, hereby

ORDERED Defendant's [6] Motion to Dismiss is GRANTED AS CONCEDED; it is also

ORDERED that this case shall be DISMISSED WITH PREJUDICE in its entirety; it is also

ORDERED that the Clerk of the Court shall mail a copy of this Order to Plaintiff at the following address: Robert Baker, 1224 Ash Lane, Lebanon, PA 17042.

**SO ORDERED.**

*This is a final, appealable order.*

COLLEEN KOLLAR-KOTELLY
United States District Judge

2